## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**CARLTON R. GREENE**                   )
**9703 Kisconko Road**                  )
**Fort Wash., MD 20744**                )
                                        )
      **Plaintiff,**        )
                                        )
   **v.**                    )          **Civil Action No. 07-2227 (RMU)**
                                        )
**PETER GEREN, Secretary of the Army,** )
**Department of the Army,**             )
**6900 Georgia Ave., N.W.**             )
**Wash., D.C. 20307**                   )
                                        )
      **Defendant.**        )
_____)

## NOTICE OF APPEARANCE

     The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special

Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                    Respectfully submitted,

                    _____/s/_____
                    BRIAN C. BALDRATE
                    Special Assistant United States Attorney
                    Civil Division
                    555 Fourth St., N.W.
                    Washington, D.C.  20530
                    202-353-9895  / FAX 202-514-8780