UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Carlton R. Greene
9703 Kisconko Road
Fort Wash., MD 20744

    v.

Peter Geren, Secretary of the Army,
Department of the Army,
6900 Georgia Ave., NW
Wash., DC 20307

        Defendant.

Jury Trial Demanded
Case No. 1:07-cv-02227

## AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant c/o the US Attorney General on February 20, 2008. The return receipt is stapled below.

*[signature]*
Ellen Lescht

Sworn to before this 2nd day of April, 2008

*[signature]*
Notary public

**NICOLE S. BROWN**
**NOTARY PUBLIC DISTRICT OF COLUMBIA**
**My Commission Expires July 31, 2011**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey
US Attorney General
US Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

Carlton Greene

A. Signature
X *[signature]*  ☐ Agent  ☐ Address

B. Received by (Printed Name)   C. Date of Delivery
*[illegible]*   02-20-0*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from ...)   7007 0220 0003 4106 9661

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1*