UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Carlton R. Greene                               :
9703 Kisconko Road                              :
Fort Wash., MD 20744                            :
                                                :   Jury Trial Demanded
          v.                                    :   Case No. 1:07-cv-02227
                                                :
Peter Geren, Secretary of the Army,             :
Department of the Army,                         :
6900 Georgia Ave., NW                           :
Wash., DC 20307                                 :
                                                :
                                                :
          Defendant.                            :

## AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant c/o the US Attorney for DC on February 26, 2008. The return receipt is stapled below.

*Ellen Lescht*
Ellen Lescht

Sworn to before this 2nd day of April, 2008

*Nicole S. Brown*
Notary public

NICOLE S. BROWN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 31, 20__

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
US Attorney for the
District of Columbia
555 4th Street, N.W.
Washington, D.C.
20530

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

**COMPLETE THIS SECTION ON DELIVERY**

Carlton Greene

A. Signature
X *[signature] Edward Tran*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes