IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLTON R. GREENE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER GEREN, Secretary of the Army, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2227 (RMU) |

### DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff brings this action under the Rehabilitation Act 20 U.S.C. § 791, *et seq*, alleging that the Defendant discriminated against him based on his disability denying him reasonable accommodations and constructively discharging him from employment. Defendant now respectfully moves this Court for a twenty-nine (29) day enlargement of time through and including June 27, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Complaint. Good Cause exists to grant this motion:

1. The parties are involved in settlement discussions and negotiations in an attempt to resolve this case. These settlement discussions and negotiations are diverting time from defense counsel that would otherwise be spent responding to Plaintiff's Complaint. Defendant's intent is that in working toward settlement the parties will conserve individual and judicial resources and lead to a prompt resolution.

2. Counsel for Defendant has a trial before Judge Sullivan which concludes on May 20, 2008, and counsel will be out of the office on annual leave from May 22, 2008-May 28, 2008.

3. Defendant's Answer, Motion or other Response to the Complaint is presently due

May 29, 2008.

    4.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    5.  This is the second enlargement of time sought in this matter.

    6.  Plaintiff's counsel consents to the enlargement.

For these reasons, Defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

                              Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLTON R. GREENE**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2227 (RMU) |
| | ) |
| **PETER GEREN**, Secretary of the Army, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Defendant's Consent Motion for an enlargement of time to answer, move, or otherwise respond to Plaintiff's Complaint. Based upon the motion, and the entire record herein, it is this ____ day of _____, 20___ hereby

**ORDERED** that Defendant's Motion for Enlargement of Time is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion shall be due on June 27, 2008.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

Copies to:
Parties via ECF