IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLTON R. GREENE**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PETE GEREN, Secretary of the Army,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2227 (RMU) |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Pete Geren, Secretary of the Army, through his undersigned attorneys, hereby answers and otherwise responds to Plaintiff's Complaint. Defendant denies each and every allegation in the complaint that is not specifically admitted or otherwise qualified. Defendant reserves the right to assert any affirmative or other defenses that become known through discovery and seeks leave to amend its Answer to allege any such defenses and to assert any other defenses, claims, cross-claims and counterclaims as discovery and the evidence may merit.

### JURISDICTION AND VENUE

1. Paragraph 1 contains allegations regarding jurisdiction to which no response is required. Should an answer be required, Defendant denies the allegations contained in paragraph 1.

### PARTIES

2. Admits.

3. Admits.

4. Paragraph 4 states allegations regarding jurisdiction to which no response is required. Should an answer be required, Defendant denies the allegations contained in paragraph

4.

    5.    Admits.

    6.    Admits.

    7.    Admits that Plaintiff suffers from a back injury. Deny the remaining allegations contained in paragraph 7.

    8.    Deny.

    9.    Admit the allegations contained in the first sentence of paragraph 9 to the extent that Plaintiff was injured at work in February 2006; otherwise deny the allegations contained in paragraph 9.

    10.    Deny.

## COUNT 1

    11.    Defendant restates and incorporates by reference his answers to paragraphs 1 through 10 of the Complaint as set forth above.

    12.    Deny.

    13.    Paragraph 13 is a request for a jury trial to which no response is required.

## COUNT 2

    14.    Defendant restates and incorporates by reference his answers to paragraphs 1 through 13 of the Complaint as set forth above.

    15.    Deny.

    16.    Paragraph 16 is a request for a jury trial to which no response is required.

## COUNT 3

    17.    Defendant restates and incorporates by reference his answers to paragraphs 1

through 16 of the Complaint as set forth above.

18. Deny.

19. Paragraph 19 is a request for a jury trial to which no response is required.

## DEMAND FOR JURY TRIAL

The paragraph immediately following paragraph 19 is a request for jury trial to which no response is required.

The remainder of Plaintiff's Complaint, consists of a request for judgment and prayer for relief and requires no response. To the extent that a response might be deemed necessary, Defendant denies that Plaintiff is entitled to judgment in his favor or any relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's claims.

### SECOND DEFENSE

Plaintiff has failed to timely and properly exhaust his administrative remedies.

### THIRD DEFENSE

The Plaintiff fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

Plaintiff fails to prove a *prima facie* case of disability discrimination.

### FIFTH DEFENSE

The Defendant had legitimate, non-discriminatory reasons for taking the actions alleged in Plaintiff's Complaint.

**SIXTH DEFENSE**

Defendant denies that Plaintiff is entitled to recover any damages in connection with the actions alleged in the complaint; however, if damages are recovered with respect to his claims of disability discrimination, the amount of those damages is subject to and limited by 29 U.S.C. § 794a.

**SEVENTH DEFENSE**

The exclusive remedy for any allegation of disability discrimination based upon Plaintiff's federal employment is the Rehabilitation Act of 1973 ("Rehab Act"), 29 U.S.C. §§ 701 et seq.

**EIGHTH DEFENSE**

Even if discrimination or retaliation was a motivating factor regarding any of the alleged adverse personnel actions complained of, management would have made the same decisions Plaintiff complains of based on legitimate, nondiscriminatory reasons.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
LANNY J. ACOSTA JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530